JS-6

O

# United States District Court
# Central District of California

| | |
|---|---|
| HOLLYVALE RENTAL HOLDINGS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> CAROLINA CIPRIANA HERNANDEZ; and DOES 1 to 10, <br><br> Defendant. | Case No. 2:16-cv-07635-ODW(MRW) <br><br> **ORDER GRANTING MOTION TO REMAND [8]** |

On August 9, 2016, Plaintiff Hollyvale Rental Holdings LLC filed an unlawful detainer action in the Superior Court of California, County of Los Angeles against Defendant Carolina Cipriana Hernandez. (Comp., ECF No. 1.) On October 13, 2016, Defendant removed the action to federal court on the basis of diversity jurisdiction. (Not. of Removal, ECF No. 1.)

On October 25, 2016, Plaintiff filed the instant motion to remand arguing that Defendant's claim to diversity jurisdiction necessarily fails because both parties are citizens of California and the state court compliant specified a limited civil action with

damages not to exceed $10,000.  (Mot. 5-6, ECF No. 8.)  A hearing on the motion was set for December 5, 2016.  Defendant's opposition to the motion was due on November 14, 2016, twenty-one days before the hearing.  *See* L.R. 7-9.  However, no opposition was ever filed.  Therefore, in accord with Local Rule 7-12, the Court **GRANTS** Plaintiff's motion as unopposed and remands this case back to the Superior Court of California, County of Los Angeles for further proceedings.

**IT IS SO ORDERED.**

November 22, 2016

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**